583 A.2d 790

The DELAWARE RIVER PORT AUTHORITY, Appellant,

v.

Robert P. CASEY, Governor, Commonwealth
of Pennsylvania

**and**

Commonwealth of Pennsylvania, Department
of Transportation

**and**

Howard Yerusalim, Secretary of Transportation of the
Commonwealth of Pennsylvania

**and**

The General Assembly of the Commonwealth of
Pennsylvania, Appellee.*

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Jan. 9, 1991.

Before NIX, C.J., and LARSEN, FLAHERTY,
ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., dissents.

* The caption has been amended to reflect the substitution of public officers succeeding the officers named as parties in the original complaint, pursuant to Pa.R.A.P. 502(c).